**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 01-50989

WENDY PEET; ROXANNA MORITZ; STACEY MAXWELL

Plaintiffs - Counter Defendants - Appellants

VERSUS

AMERICAN INCOME LIFE INSURANCE COMPANY; AMERICAN INCOME LIFE INSURANCE COMPANY NON-EXEMPT EMPLOYEES DEFINED BENEFIT PENSION PLAN; AMERICAN INCOME LIFE INSURANCE COMPANY EXEMPT EMPLOYEES 401 (K) PROFIT SHARING PLAN

Defendants - Counter Plaintiffs - Appellees

Appeal from the United States District Court
For the Western District of Texas, Waco
W-99-CV-373
August 12, 2002

Before DAVIS, JONES, and SMITH, Circuit Judges.

PER CURIAM:[*]

Based upon our review of the record in this case and a consideration of the briefs of the parties and argument of counsel, we are satisfied that the district court did not commit reversible error.

AFFIRMED.

---

[*]Pursuant to 5ᵀᴴ CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.